# Exhibit H

DocuSign Envelope ID: A796AEEE-3B0B-429F-B886-3251B7599DE1



# NOTICE OF TRANSFER OF OWNERSHIP OF LOAN

## LOAN INFORMATION

Date of Loan: December 29, 2016

Loan Number: 21603

Business Name: B & S Medical Supply, Inc., N.Y.

New Owner: World Business Lenders, LLC

Servicer's Address: 101 Hudson Street, 33rd Floor, Jersey City, NJ 07302

Date of Transfer of Ownership: January 04, 2018

## NOTICE OF TRANSFER OF OWNERSHIP OF LOAN

The purpose of this notice is to inform you that, as of **January 04, 2018** the ownership of the above-identified loan has been transferred from Liberty Bank to World Business Lenders, LLC.

**The transfer of the ownership of the loan does not affect any term or condition of the loan, other than terms directly related to the ownership of your loan; nothing else related to your loan will change, and this notice requires no action on your part.** We recommend that you keep a copy of this notice with your other loan documents.

## THE SERVICER OF YOUR LOAN

The new owner is also the servicer of your loan. "Servicing" refers to the right to collect the principal and interest payments on your loan.

Below is the information on how to contact World Business Lenders, LLC.

### Toll-free Number

The toll-free telephone number for World Business Lenders is 800-432-9359. If you have any questions regarding the servicing of your loan, call World Business Lenders toll-free at 800-432-9359 between 9 a.m. and 6 p.m. Eastern Standard Time, Monday through Friday.

### Address for Correspondence (other than payments)

The address to send written correspondence to World Business Lenders, LLC, (other than payments) is:

**World Business Lenders, LLC**
**101 Hudson Street, 33rd Floor**
**Jersey City, NJ 07302**