# Exhibit I



**W**orld Business Lenders
WE LEND. YOU GROW.

Donald Jackson – Vice President
212-220-6007
djackson@WBL.com

---

**VIA UPS & MAIL**

April 11, 2017

B & S Medical Supply, Inc., N.Y.
316 Avenues X
Brooklyn, NY  11223

Re: Demand for Payment

Dear Sir or Madam:

I am writing in regards to the Business Promissory Note and Security Agreement dated on or around December 29, 2016 (the "Note") executed by B & S Medical Supply, Inc., N.Y., a New York entity, (the "Borrower") in favor of World Business Lenders, LLC, a New York entity ("Lender").

This letter is to notify Borrower that Lender has declared an Event of Default (as defined in the Note) on April 12, 2017 (the "Date of Default") in accordance with the Note. The entire unpaid balance of all of Borrower's obligations under the Note or other agreements is immediately due and payable, and Lender reserves the right to collect such obligations under applicable law and enforce its rights under any guaranty. Lender's receipt of any payments after the Date of Default shall not constitute a waiver of the Event of Default or of Lender's rights or remedies upon this Event of Default. As stated in the Note, payment of principal and interest after such Event of Default shall be deemed a prepayment as of the Date of Default.

The aggregate amount of all of Borrower's outstanding obligations to Lender is currently **$41,748.44**. For your information, a statement of account and informal payoff letter is attached hereto. Lender will only accept payment by bank check made payable to "World Business Lenders, LLC" <u>or</u> wire transfer of immediately available funds in accordance with the following instructions: Bank: IDB Bank; Account Name: World Business Lenders; Routing Number: 026009768; Account Number: 0304936.

In the event that payment is not received as demanded, Lender will exercise any and all rights and remedies under the Note and applicable law, including but not limited to the filing of a lawsuit. If Lender chooses to file a lawsuit, Borrower may be held responsible for any legal fees incurred thereby.

Sincerely,



---

101 Hudson Street, 33rd Floor, Jersey City, NJ 07302