UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
B & S MEDICAL SUPPLY, INC., N.Y.
and BORIS SIMON,

                    17 Civ. 3234 (RMB)(JLC)

            Plaintiffs,        **NOTICE OF VOLUNTARY**
                                    **DISMISSAL PURSUANT TO**
    -against-                    **F.C.R.P. 41(a)(1)(A)(i)**

WORLD BUSINESS LENDERS, LLC and
LIBERTY BANK, INC.,

            Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.C.R.P. 41(a)(1)(A)(i)

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs B & S MEDICAL SUPPLY, INC., N.Y., and BORIS SIMON, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants WORLD BUSINESS LENDERS, LLC and Liberty Bank, Inc.

                                                **Zimmerman Law, P.C.**
                                                *Attorneys for Plaintiff*
                                                *Boris Simon and*
                                                *B & S Medical Supply, Inc., N.Y.*

By: _____
      Michael Zimmerman (MZ2016)
      315 Walt Whitman Road, Suite 215
      Huntington Station, New York 11746
      Ph: (631) 415-0900