# Cuti Hecker Wang LLP

305 Broadway, Suite 607
New York, New York 10007

Eric Hecker
212.620.2602 tel
212.620.2612 fax

ehecker@chwllp.com

June 20, 2017

**By ECF and Hand Delivery**

Hon. Richard Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *B&S Medical Supply, Inc. et al. v. World Business Lenders, LLC et al.*,
             17-cv-3234 (RMB) (S.D.N.Y.)

Dear Judge Berman:

      We represent World Business Lenders, LLC ("WBL") in this case. Earlier today, the Court denied Plaintiffs' application to adjourn the conference scheduled for tomorrow (Dkt. No. 14). After Plaintiffs' application was denied, Plaintiff withdrew all of their claims against both Defendants pursuant to Rule 41(a)(1)(A)(i) (because the loan agreement at issue in this case, which is appended to Plaintiff's Complaint (Ex. E, ¶ 15(o)), contains an arbitration clause) (Dkt. No. 15). We respectfully request guidance regarding whether it is still necessary for the parties to appear at the conference tomorrow morning. Given that the Complaint has been withdrawn in its entirety in favor of arbitration, we believe that canceling the conference scheduled for tomorrow would conserve the Court's and the parties' resources. Thank you for your consideration of this letter.

                                                Respectfully submitted,

                                                Eric Hecker

cc:  All Counsel (by ECF)